People v Howard (2024 NY Slip Op 05732)

People v Howard

2024 NY Slip Op 05732

Decided on November 15, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on November 15, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., CURRAN, OGDEN, DELCONTE, AND HANNAH, JJ.

780 KA 20-00327

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,
v
JOHN C. HOWARD, JR., DEFENDANT-APPELLANT. (APPEAL NO. 1.) 

JULIE CIANCA, PUBLIC DEFENDER, ROCHESTER (JAMES A. HOBBS OF COUNSEL), FOR DEFENDANT-APPELLANT. 
SANDRA DOORLEY, DISTRICT ATTORNEY, ROCHESTER (MARTIN P. MCCARTHY, II, OF COUNSEL), FOR RESPONDENT. 

 Appeal from a judgment of the Supreme Court, Monroe County (Alex R. Renzi, J.), rendered December 4, 2019. The judgment convicted defendant upon a jury verdict of criminal possession of a forged instrument in the second degree (9 counts) and criminal possession of a weapon in the fourth degree. 
It is hereby ORDERED that the judgment so appealed from is unanimously affirmed.
Same memorandum as in People v Howard ([appeal No. 2] — AD3d — [Nov. 15, 2024] [4th Dept 2024]).
Entered: November 15, 2024
Ann Dillon Flynn
Clerk of the Court